# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIA SALIBELLO, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | Case No. |
| OMNICOM MEDIA GROUP HOLDINGS ) | 1:24-cv-04937-LAP |
| INC. et al, ) | |
| ) | |
| ) | |
| *Defendant*. ) | |
| ) | |
| ) | |

## AFFIRMATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, MARJORIE MESIDOR, an attorney duly admitted to practice before the Southern District of New York, hereby affirm the truth of the following under the penalties of perjury:

1. I am an attorney of Mesidor PLLC ("Mesidor"), and I am currently an attorney of record for Plaintiff Mia Salibello ("Plaintiff" or "Ms. Salibello").

2. I submit this Affirmation to respectfully request that, pursuant to Local Civil Rule 1.4, this Court order that I, Marjorie Mesidor, be withdrawn as counsel of record for Ms. Salibello.

3. On June 23, 2024, Plaintiff engaged Mesidor to represent her in this matter.

4. On June 29, 2024, the Complaint in this action was filed before this Court.

5. On September 19, 2024, Ms. Salibello terminated Mesidor's representation without cause.

2

6.      Pursuant to Judiciary Law Sec. 475, Mesidor has a statutory charging lien on any monetary recovery in the above-referenced matter, in addition to other rights available to the firm by law and contract.

7.      I believe that my withdrawal can be accomplished in this case without material adverse effect on Ms. Salibello's interests, will not unduly prejudice Ms. Salibello, or cause substantial delay. Importantly, Plaintiff consents to my withdrawal.

WHEREFORE, it is respectfully requested that the Motion for my withdrawal be granted.

Dated:  September 27, 2024
        New York, New York

                                        Respectfully submitted,

                                        */s/ Marjorie Mesidor, Esq.*
                                        Marjorie Mesidor, Esq.
                                        **MESIDOR PLLC**
                                        600 5th Ave
                                        New York, NY 10020
                                        Phone: (212) 930-6010
                                        Email: mm@marjoriemesidor.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th of September, 2024, a true copy of the forgoing Affirmation in Support of Motion to Withdraw as Counsel was served to the following:

Mia Salibello
12 Lost Nations Road
Pound Ridge, New York 10576
msalibello@gmail.com
*Via Certified and Electronic Mail*

All Counsels of Record
*Via ECF Filing*

                                                             */s/ Marjorie Mesidor, Esq.*