```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MIA SALIBELLO,<br><br>                    Plaintiff,<br><br>-against-<br><br>OMNICOM MEDIA GROUP HOLDINGS,<br>et al.,<br><br>                    Defendants. | No. 24-CV-4937 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter motion filed by Plaintiff's counsel Marjorie Mesidor requesting a stay of discovery and the parties' mediation deadlines, (see dkt. no. 13), as well as the motion to withdraw as counsel filed by Plaintiff's counsel, (see dkt. no. 14).

    Plaintiff's motion for a stay of discovery and of mediation deadlines is granted.  Discovery in the above-captioned case is adjourned sine die.

    However, before the Court rules on Plaintiff's counsel's motion to withdraw or request to assert a charging lien, Plaintiff shall inform the Court of her reasons for terminating Ms. Mesidor as her attorney.  The Court reserves determination on the motion to withdraw and to assert a charging lien until it first determines whether Plaintiff lacked cause to terminate Ms. Mesidor.

    Accordingly, Ms. Mesidor shall promptly serve a copy of this Order upon Plaintiff and shall promptly file a proof of service of

this Order and of her motion to withdraw and accompanying documents, (see dkt. nos. 14-16).  If Plaintiff wishes to respond to her attorney's motion or request for a charging lien she may do so in a letter no longer than three pages, in PDF format, which letter she may email to the Court at: Preskanysdchambers@nysd.uscourts.gov.

    Plaintiff shall also provide a copy of her three-page letter to Ms. Mesidor.

    Plaintiff shall submit her letter to the Court no later than October 11, 2024.

    The Clerk of the Court shall close docket entry numbers 13 and 14.

**SO ORDERED.**

Dated:    October 1, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge