Marjorie Mesidor

YOUR EQUITABLE ADVANTAGE

October 2, 2024

**Marjorie Mesidor**
mm@marjoriemesidor.com

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

Re: Salibello v. Omnicom Media Group Holdings, 1:24-cv-04937-LAP

Dear Judge Preska:

This letter is to notify you that we have compiled with your October 1, 2024, Order and served a copy of the Order to Plaintiff Mia Salibello via electronic mail. Please see the attached certificate of service (Exhibit A).

We also write to correct an error in our previous filing. Due to an oversight, Ms. Salibello was inadvertently not served with the Notice of Motion to Withdraw, Memorandum of Law in Support of Motion to Withdraw, and Affirmation in Support of Motion to Withdraw until September 30, 2024, via electronic mail. We sincerely apologize for this oversight. Such an oversight has never happened before, and we have put in place safeguards to ensure that such an oversight does not occur again. We have included a corrected certificate of service attached (Exhibit B).

We thank the court for its time and attention to this matter.

Respectfully submitted,

Marjorie Mesidor

cc: All Counsel on Record (*via* ECF)

212-930-6010 | WWW.MARJORIEMESIDOR.COM | MM@MARJORIEMESIDOR.COM
600 FIFTH AVENUE, 2ND FLOOR, NY, NY 10020 | 30 STATION ROAD, SUITE 5, BELLPORT, NY 11713