UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIA SALIBELLO,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>OMNICOM MEDIA GROUP HOLDINGS, et al.,<br><br>　　　　　　Defendants. | No. 24-CV-4937 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Pursuant to its Order, dated October 1, 2024, (see dkt. no. 17), the Court has received two letters from Plaintiff in the above-captioned case, dated October 2, 2024, and October 7, 2024, regarding her attorney's motion to withdraw as counsel and to assert a charging lien, (see dkt. no. 14).

　　The Court has directed Plaintiff to share with her attorney the letters she shared with the Court.

　　The Court acknowledges that it may grant a motion to withdraw based upon a showing of "satisfactory reasons" supported by an affidavit, which reasons may include a "client's lack of cooperation—including lack of communication—with counsel, and the existence of irreconcilable conflict between attorney and client." Ruiz v. Keratin Bar Inc., 2020 WL 7079904, at *2 (S.D.N.Y. Dec. 3, 2020); see also Marciano v. DCH Auto Grp., 2016 WL 11703590, at *1 (S.D.N.Y. Feb. 2, 2016) (same).  It may also enforce a charging lien so long as the attorney has not withdrawn without good cause

or the client has not terminated the attorney for cause. See Joffe v. King & Spalding LLP, 337 F. Supp. 3d 366, 369 (S.D.N.Y. 2018), aff'd sub nom. Joffe v. Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C., 827 F. App'x 35 (2d Cir. 2020); Ruiz, 2020 WL 7079904, at *3. However, the information provided both by Plaintiff and Plaintiff's counsel thus far is insufficient to establish whether there exists a lack of cooperation, lack of communication, irreconcilable conflicts, or good cause for the termination of the attorney-client relationship.

Accordingly, Plaintiff and Plaintiff's counsel shall appear for a conference in Courtroom 12A at 12:00 p.m. on November 7, 2024, to address the contentions in their respective submissions to the Court.

**SO ORDERED.**

Dated:    October 10, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge