```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MIA SALIBELLO,<br><br>                    Plaintiff,<br><br>-against-<br><br>OMNICOM MEDIA GROUP HOLDINGS,<br>et al.,<br><br>                    Defendants. | No. 24-CV-4937 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court has received a letter from Plaintiff in the above-captioned case, dated November 26, 2024, requesting a meeting before the Court with her attorney, Ms. Mesidor, and her prior counsel, Mr. Moskowitz, to discuss the fees in this matter.

   Plaintiff, Ms. Mesidor, and Mr. Moskowitz shall appear for a conference in Courtroom 12A at 10:00 a.m. on December 2, 2024 to discuss this matter.  Plaintiff is directed to promptly share a copy of the November 26, 2024 letter with her attorney and Mr. Moskowitz.  Plaintiff is also directed to promptly share a copy of this Order with Mr. Moskowitz.

**SO ORDERED.**

Dated:    November 27, 2024
          New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge