```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MIA SALIBELLO, <br><br>                    Plaintiff, <br><br> -against- <br><br> OMNICOM MEDIA GROUP HOLDINGS, et al., <br><br>                    Defendants. | No. 24-CV-4937 (LAP) <br><br> <u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of a letter from Plaintiff in the above-captioned case, dated February 26, 2025, enclosing the parties' executed settlement agreement and an email from Defendants' counsel requesting Plaintiff "take all necessary actions to dismiss the action, including by notifying the [C]ourt that the parties have settled and that the action should be dismissed with prejudice" in accordance with the parties' settlement agreement.  Plaintiff's letter requests that the attorney representing her through the settlement process, Ms. Mesidor, comply with Defendants' counsel's request because "the matter is settled" and Plaintiff received the final settlement payment on January 29, 2025.

    This Court, having been apprised by Plaintiff directly that the parties have settled and that Plaintiff seeks for this action to be dismissed with prejudice, hereby dismisses, with prejudice, the above-captioned action as to all defendants.

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

**SO ORDERED.**

Dated:   February 27, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge